1  COURTNEY C. HILL (SBN: 210143)
   cchill@grsm.com
2  SYLVIA JOO  (SBN: 308236)
   sjoo@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   633 West Fifth Street, 52nd floor
4  Los Angeles, CA 90071
   Telephone:  (213) 576-5000
5  Facsimile:  (213) 680-4470

6  Attorneys for Defendant
   HEALTHSCOPE BENEFITS, INC.

7

8

9                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA
10

11  HEALTHCARE ALLY                    )  CASE NO.  2:19-CV-2624
    MANAGEMENT OF CALIFORNIA,          )
    LLC,                               )  *Los Angeles Superior Court Case
12                                      )  No. 19SMCV00414*
                          Plaintiff,   )
13                                      )
         vs.                           )  **DEFENDANT HEALTHSCOPE
14                                      )  BENEFITS, INC.'S NOTICE OF
    HEALTHSCOPE BENEFITS, INC.         )  REMOVAL TO FEDERAL
15  and DOES 1-100,                    )  COURT UNDER 28 U.S.C. §
                                        )  1441(B) (DIVERSITY)**
16                        Defendants.  )
                                        )  State Court Complaint Filed:
17                                      )  February 28, 2019
                                        )
18                                      )
                                        )  Accompanying Document:
19                                      )  Declaration of Brett Edwards;
                                        )  Declaration of Sylvia Joo
20                                      )
                                        )
21                                      )

22

23       **TO THE CLERK OF THE ABOVE ENTITLED COURT:**

24       **PLEASE TAKE NOTICE** that Defendant HEALTHSCOPE BENEFITS,

25  INC. ("Defendant") hereby removes civil case 19SMCV00414 from the Superior

26  Court of the State of California, County of Los Angeles, to the United States

27  District Court, Central District of California, based on diversity jurisdiction

28  pursuant to 28 U.S.C. §§ 1441(b) and 1446.

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

-1-
NOTICE OF REMOVAL

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

1    **STATEMENT OF JURSIDICTION**

2        1.      This action is a civil action over which this Court has original

3    jurisdiction under 28 U.S.C. § 1332 and one that may be removed to this Court by

4    Defendant pursuant to the provisions of 28 U.S.C. §§ 1441(b) and 1446.

5    **TIMELINESS OF REMOVAL**

6        2.      On February 28, 2019, Plaintiff HEALTHCARE ALLY

7    MANAGEMENT OF CALIFORNIA, LLC ("Plaintiff") filed the civil action

8    entitled *Healthcare Ally Management of California, LLC v. HealthSCOPE*

9    *Benefits, Inc. and Does 1-100.* in the Superior Court of the State of California,

10   County of Los Angeles.  The civil action was given Case Number 19SMCV00414.

11   A true and correct copy of the Summons and State Court Complaint ("Complaint")

12   and all accompanying documents are attached as Exhibit "A" to the Declaration of

13   Sylvia Joo, filed concurrently with this Notice of Removal ("Joo Decl.").

14       3.      On March 6, 2019, Plaintiff served Defendant with the Complaint by

15   personal delivery.  (Joo Decl., ¶ 3, Exhibit A.)

16       4.      Pursuant to 28 U.S.C. § 1446(b), Defendant must file a Notice of

17   Removal with this Court within thirty (30) days after completion of service upon

18   Defendant of the initial pleading setting forth the claim for relief upon which this

19   action or proceeding is based.  Thirty days since service of the Summons and

20   Complaint have not passed, and this matter remains removable to Federal Court.

21   **BASIS FOR DIVERSITY JURISDICTION**

22       5.      This District Court has diversity jurisdiction over this action under 28

23   U.S.C. § 1332, as the matter in controversy exceeds the sum or value of

24   $75,000.00 and is between citizens of a State and citizens or subjects of a foreign

25   state.

26   / / /

27   / / /

28   / / /

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

**(Complete Diversity)**

6. In the Complaint, Plaintiff alleges that it is a limited liability company organized and existing under the laws of the State of California. (Complaint, ¶ 2.)

7. While Plaintiff alleges in the Complaint that Defendant does business in California, Defendant is incorporated in the State of Delaware and its principal place of business is in Little Rock, Arkansas. (Declaration of Brett Edwards ("Edwards Decl."), filed concurrently herewith, ¶ 3.)

8. Defendant is the only non-fictitious defendant named in this action. Although the Complaint includes unnamed "Doe" defendants, the citizenship of such fictitious defendants is disregarded in determining whether diversity of citizenship exists for removal purposes. 28 U.S.C. § 1441(b)(1).

9. Accordingly, because Plaintiff is a citizen of the State of California and Defendant is a citizen of the State of Delaware and the State of Arkansas, there is complete diversity of citizenship between Plaintiff and Defendant.

**(Amount in Controversy)**

10. According to the Complaint, Plaintiff seeks damages pursuant to breach of oral contract and promissory estoppel. (See Complaint.)

11. With regards to removal, the amount in controversy is defined as the "amount at stake in the underlying litigation," which includes "damages (compensatory, punitive, or otherwise) […] as well as attorneys' fees awarded under fee shifting statutes." *Gonzalez v. CarMax Auto Superstores, LLC*, 840 F.3d 644, 648-649 (9th Cir. 2016) (citing *Theis Research, Inc. v. Brown & Bain*, 400 F.3d 659, 662 (9th Cir. 2005); *Chabner v. United of Omaha Life Ins. Co.*, 225 F.3d 1042, 1046 n.3 (9th Cir. 2000)).

12. Plaintiff alleges that the case is based on Defendant's alleged failure to pay for "3 procedures which remain unpaid or underpaid according to the agreements between Medical Provider and DEFENDANT. The total value and amount at issue resulting from those procedures is no less than $129,000." (See

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

1   Complaint, ¶ 26.)

2        13.    Accordingly, the amount in controversy in this action exceeds the sum

3   or value of $75,000.00.

4                 **REMOVAL TO THIS JURISDICTION IS PROPER**

5        14.    This action may be removed by Defendant to this Court pursuant to 28

6   U.S.C. §§ 1441(b) and 1446, in that it is a civil action wherein the amount in

7   controversy exceeds the sum of $75,000.00 and is between citizens of different

8   States.

9        15.    Venue is proper under 28 U.S.C. § 1441(a), which provides for

10   removal to the District Court of the United States for the district and division

11   embracing the place where the action is pending.  Removal to the United States

12   District Court for the Central District of California is appropriate because the

13   removed state court action was filed in the Superior Court of California in the

14   County of Los Angeles, which is located within this judicial district.

15       WHEREFORE, Defendant prays that this action be removed from the

16   Superior Court of the State of California, County of Los Angeles to the United

17   States District Court for the Central District of California.

18

19   Dated:  April 5, 2019            GORDON REES SCULLY
                                       MANSUKHANI, LLP

20

21                            By:    *s/Courtney C. Hill*
22                                   Courtney C. Hill
                                  Sylvia Joo
23                                   Attorneys for Defendant
                                  HEALTHSCOPE BENEFITS, INC.

24

25

26

27

28